FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 AUG -8 PM 12: 55

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OWEN SHENEMAN, | ) | CASE NO. 4:05CV3136 |
| | ) | |
| Plaintiff, | ) | |
| | ) | CONSENT TO EXERCISE OF |
| vs. | ) | JURISDICTION BY A UNITED STATES |
| | ) | MAGISTRATE JUDGE |
| BRUCE FELTY, | ) | AND ORDER OF REFERENCE |
| | ) | |
| Defendant. | ) | |

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| [signature] For | Owen Sheneman | 8/2/05 |
| [signature] For | Bruce Felty | 8/4/05 |
| For | | |
| For | | |
| For | | |

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that this case be referred to the Honorable F.A. Gossett, III _____, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

8/8/05
Date

[signature]
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

k:\clerk\proc\forms\consent.frm
08/15/03