# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **OWEN SHENEMAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **4:05CV3136** |
| | ) | |
| v. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| **BRUCE FELTY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

THIS MATTER came before the Court upon the joint stipulation of the parties for dismissal of the Plaintiff's Petition and all causes of action therein, with prejudice to the Plaintiff, each party to pay their own court costs incurred, complete record waived. The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii). The Court being fully advised in the premises finds that an Order should be entered in accordance with said stipulation.

**IT IS THEREFORE ORDERED** that the Plaintiff's Petition and all causes of action therein be and the same is hereby dismissed with prejudice to the Plaintiff, each party to pay their own court costs incurred, complete record waived.

**DATED December 30, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**